UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:  In Bankruptcy:

**MATTHEW STANDISH**  Case No. 18-45101-tjt
　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor  Hon. Thomas J. Tucker

---

**K. JIN LIM, TRUSTEE**

　　　Plaintiff,

　　　　　　　　　　　　　　　　　Adv. Pro. No. 19−04064−tjt

vs.

**MATTHEW STANDISH**

　　　Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 11, 2019</u>, I (or an employee of Clayson, Schneider & Miller, P.C.), served the following paper(s):

| |
|---|
| Plaintiff's Complaint for Denial of Discharge; and Certificate of Service. |

on the following parties located at these addresses:

| **Defendant's Attorney**: | **Defendant:** |
|---|---|
| Ryan Moran<br>25600 Woodward Ave.<br>Suite 201<br>Royal Oak, MI 48067 | Matthew Standish<br>19511 Korte Drive<br>Clinton Township, MI 48038 |

|  |  |
|---|---|

by: (1) filing the paper(s) with the Clerk of the Court using the Electronic Case Files system which will send <u>electronic notification</u> of such filing to any parties that requested electronic service of documents filed in this case, and/or (2) by depositing for delivery by the United States Postal Service, via <u>First Class United States Mail</u>, postage prepaid, with sufficient prepaid postage attached thereupon (non-ECF parties only).

        Respectfully submitted,

        **CLAYSON, SCHNEIDER & MILLER P.C.**

*/s/ Peter F. Schneider*
Peter F. Schneider (P-75256)
Attorneys for Plaintiff
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
pete@detlegal.com
Dated: February 11, 2019